John G. Crist
CRIST, KROGH, BUTLER & NORD, LLC
The Securities Building
2708 First Avenue North, Suite 300
Billings, MT 59101
Telephone: (406) 255-0400
Facsimile:   (406) 255-0697
jcrist@cristlaw.com

*Attorneys for Defendant Greehey & Company, Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ENERGY INVESTMENTS, INC., a Colorado corporation, and PINE PETROLEUM, INC., a North Dakota corporation,<br><br>Plaintiffs,<br>v.<br><br>GREEHEY & COMPANY, LTD., a Texas limited partnership,<br><br>Defendants. | Case No.  4:14-CV-00013-BMM-RKS<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Greehey & Company, LTD ("Greehey") files this corporate disclosure statement.  Greehey states that there is no parent corporation or any publically held company that owns 10 percent or more of its stock.

1

Dated this 9th day of May, 2014.

                                        CRIST, KROGH, BUTLER & NORD, LLC

                                        By: */s/ John G. Crist*
                                                   John G. Crist

                                        *Attorneys for Defendant Greehey & Company, Ltd.*

## CERTIFICATE OF SERVICE
### L.R. 5.2(B)

I hereby certify that on the 9th day of May, 2014, a copy of the foregoing document was served on the following persons by the following means:

__1, 2__ CM/ECF
_____ Hand Delivery
_____ Mail
_____ Overnight Delivery Service
_____ Fax
_____ Email

1. Clerk, U.S. District Court

2. Brian D. Lee
   LEE LAW OFFICE PC
   P.O. Box 790, 158 Main Street
   Shelby, MT 59474

3. Clay Barnett
   Randall M. Kirk
   MESSNER REEVES, LLC
   1430 Wynkoop Street, Suite 300
   Denver, CO 80202

CRIST, KROGH, BUTLER & NORD, LLC

By: _/s/ John G. Crist_
    John G. Crist

*Attorneys for Defendant Greehey & Company, Ltd.*